

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00043-CV**

**IN RE SWAN PRODUCTS, LLC**

_____

**Original Proceeding**

_____

# MEMORANDUM OPINION

_____

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed April 17, 2019
[OT06]

